

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00472-CR

| | | |
|---|---|---|
| Jermaine Eugene Whatley | § | From the 432nd District Court |
| | § | of Tarrant County (1359834D) |
| v. | § | May 28, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we deny the motion, but we withdraw our April 23, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM